```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11  RAMON G. MORALES-SMITH,          )  NO. CV 12-8774-PA(E)
                                     )
12            Petitioner,            )
                                     )    ORDER ACCEPTING FINDINGS,
13       v.                          )
                                     )    CONCLUSIONS AND RECOMMENDATIONS
14  RALPH R. DIAZ, Warden,           )
                                     )    OF UNITED STATES MAGISTRATE JUDGE
15            Respondent.            )
                                     )
16  _____    )
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  The Court accepts
21  and adopts the Magistrate Judge's Report and Recommendation.
22
23       IT IS ORDERED that Judgment be entered denying and dismissing the
24  Petition with prejudice.
25  ///
26  ///
27  ///
28  ///
```

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 15, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE