**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAMON G. MORALES-SMITH, | ) | NO. CV 12-8774-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RALPH R. DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 15, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE